■ GREENPOINT SAVINGS BANK, Respondent, v INDIRA PATEL, Appellant. [699 NYS2d 287] —In a mortgage foreclosure action, the defendant appeals from an order of the Supreme Court, Queens County (Golar, J.), dated May 8, 1997, which, after a hearing to determine whether service of process had been properly made upon her, denied her motion, in effect, to vacate a judgment of foreclosure and sale, dated September 20, 1996, entered upon her default in answering the complaint.

Ordered that the order is affirmed, with costs (*see, Greenpoint Sav. Bank v Patel,* 267 AD2d 204 [decided herewith]). Bracken, J. P., Santucci, Altman, Friedmann and H. Miller, JJ., concur.

■ GREENPOINT SAVINGS BANK, Respondent, v INDIRA PATEL, Appellant. [699 NYS2d 288] —In a mortgage foreclosure action, the defendant appeals from an order of the Supreme Court, Queens County (Lisa, J.), dated August 19, 1997, which, after a hearing to determine whether service of process had been properly made upon her, denied her motion, in effect, to vacate a judgment of foreclosure and sale dated October 15, 1996, entered upon her default in answering the complaint.

Ordered that the order is affirmed, with costs (*see, Greenpoint Sav. Bank v Patel,* 267 AD2d 204 [decided herewith]). S. Miller, J. P., Thompson, Krausman, Florio and Schmidt, JJ., concur.